LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDAN OLEARY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:10-cv-01913-MCE-GGH <br><br> Hon. Morrison C. England <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; ORDER** <br><br> [Local Rule 144] |

WHEREAS, on July 20, 2010 plaintiff Brendan O'Leary ("Plaintiff"), on behalf of himself and purportedly on behalf of a putative nationwide class of similarly situated individuals, filed a Complaint against defendant Wells Fargo Bank, N.A. ("Wells Fargo");

WHEREAS, the Complaint was served on Wells Fargo on September 30, 2010, and Wells Fargo's responsive pleading would have been due on October 21, 2010;

WHEREAS, the parties entered into a Stipulation Extending Time for Defendant Wells Fargo Bank, N.A. to Answer or Otherwise Respond to the Complaint (Dkt. No. 6) on October 20, 2010 that extended Wells Fargo's time to respond to the Complaint by twenty-eight (28) days until November 18, 2010;

///

1

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
*Brendan OLeary, et al. v. Wells Fargo Bank, N.A., et al.,* Case No. 2:10-cv-01913-MCE-GGH

1  WHEREAS, the parties entered into and filed a Stipulation Extending Time For Defendant Wells Fargo Bank, N.A. To Answer or Otherwise Respond to Complaint; [Proposed] Order on November 18, 2010 (Dkt. Not. 7);

WHEREAS, on December 1, 2010 the Court entered an Order granting Wells Fargo a sixty (60) day extension to January 17, 2011 to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 8);

WHEREAS, this matter is one of several related cases that have been filed against Wells Fargo by one of the law firms representing Plaintiff in this case;

WHEREAS, the parties have participated in private mediation with Judge Infante of JAMS in one of the related cases, *Hamilton v. Wells Fargo Bank, N.A.*, Case No. 09-cv-4152 (N.D. Cal.), at which time the parties and their counsel discussed the potential settlement of all the related cases against Well Fargo, including this case, and have made progress toward a settlement;

WHEREAS, the parties believe it is in their interest and the interest of the Court to preserve the parties' and the court's resources to extend the time for Wells Fargo to respond to the Complaint;

WHEREAS, the parties have agreed to extend the time for Wells Fargo to move, answer, or otherwise respond to the Complaint by seventy (70) additional days;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Wells Fargo, through their respective counsel, that Wells Fargo's time to answer or otherwise respond to the Complaint is extended by an additional seventy (70) days to **March 28, 2011**.

Dated:  December 29, 2010                       LOCKE LORD BISSELL & LIDDELL LLP


By:   */s/ Daniel A. Solitro*
            Thomas J. Cunningham
            Daniel A. Solitro
Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated:  December 29, 2010                           HARRISON PATTERSON & O'CONNOR LLP


                                                    By:   */s/ James R. Patterson*
                                                              James R. Patterson
                                                              Alisa A. Martin
                                                    Attorneys for Plaintiff
                                                    BRENDAN OLEARY

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA, 90071-3119**

**ORDER ON STIPULATION**

Having considered the parties' stipulation and good cause appearing therefore, the Court orders as follows:

Wells Fargo Bank, N.A. is granted a seventy (70) day extension to March 28, 2011 to answer or otherwise respond to Plaintiff Brendan O'Leary's Complaint.

The foregoing stipulation of the parties is hereby adopted.

**IT IS SO ORDERED**.
DATED:  January 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

4
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
*Brendan OLeary, et al. v. Wells Fargo Bank, N.A., et al.,* Case No. 2:10-cv-01913-MCE-GGH