LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN OLEARY, on behalf of himself and all others similarly situated, ) | CASE NO. 2:10-cv-01913-MCE-GGH |
| ) | Hon. Morrison C. England, Jr. |
| Plaintiff, ) | |
| ) | **ORDER GRANTING REQUEST FOR LEAVE TO FILE OVERSIZE BRIEF** |
| vs. ) | |
| ) | DATE:        July 28, 2011 |
| WELLS FARGO BANK, N.A. and ) | TIME:        2:00 p.m. |
| DOES 1 through 50, inclusive, ) | PLACE:      Courtroom 7 |
| ) | |
| Defendants. ) | |
| ) | |

The Court, having considered the Request for Leave to File Oversize Brief that was filed by Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), finds that good cause was shown for leave to exceed the twenty (20) page limit set forth in this Court's standing order and therefore GRANTS Wells Fargo's Request for an additional six (6) pages..

IT IS SO ORDERED.

Date: April 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1