LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN O'LEARY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A. and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:10-cv-01913-MCE-GGH <br><br> Hon. Morrison C. England, Jr. <br><br> **STIPULATION TO TAKE HEARING ON MOTION TO DISMISS OFF CALENDAR AND EXTEND TIME FOR PLAINTIFF TO RESPOND;ORDER** |

WHEREAS the hearing on Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (ECF No. 14) was scheduled for September 6, 2011; and

WHEREAS the Parties have reached a putative nationwide class action settlement in principle of this case and other parallel cases pending in the Northern District of California and Northern District of Illinois;

WHEREAS the Parties are diligently working on documenting the settlement; and

WHEREAS Plaintiff Brendan O'Leary, after conferring with counsel for Defendant prior to the due date for his opposition to Wells Fargo's Motion to Dismiss, has not responded to the Motion to Dismiss due to the impending settlement;

WHEREAS, taking the Motion to Dismiss off calendar, to be re-noticed should the settlement not receive final approval for any reason, will maximize efficiency for the Parties and the Court; and

WHEREAS, should the settlement fall through and the Motion to Dismiss be re-noticed at a later date, the Parties agree that Plaintiff should be given an opportunity to respond to the Motion; and

WHEREAS, the Parties agree to keep this Court regularly apprised as to the status of the proposed settlement;

THEREFORE, IT IS STIPULATED by the Parties hereto, through their attorneys of record, pursuant to Local Rule 143, that:

(1) Defendant's Motion to Dismiss shall be vacated, with leave to re-notice the Motion should settlement fall through for any reason; and

(2) Plaintiff's deadline to respond to the Motion to Dismiss shall be extended to 14 days preceding any future hearing date noticed by Defendant.

IT IS SO STIPULATED.

Dated: September 8, 2011          LOCKE LORD BISSELL & LIDDELL LLP

By:   /s/ Daniel A. Solitro
      Thomas J. Cunningham
      Daniel A. Solitro

Attorneys for Defendant
WELLS FARGO BANK, N.A.


Dated: September 8, 2011          PATTERSON LAW GROUP

By:   /s/ James R. Patterson
      James R. Patterson

Attorneys for Plaintiff

BRENDAN O'LEARY

## ORDER ON STIPULATION

Having considered the parties' stipulation and good cause appearing therefor, the Court orders as follows:

(1) Defendant's Motion to Dismiss (ECF No. 14) shall be vacated, with leave to re-notice the Motion should settlement fall through for any reason; and

(2) Plaintiff's deadline to respond to the Motion to Dismiss shall be extended to 14 days preceding any future hearing date noticed by Defendant.

The foregoing stipulation of the parties is hereby adopted and **IT IS SO ORDERED**.

Dated: September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE