## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BRENDAN O'LEARY, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK N.A.,<br><br>　　　　　Defendant. | Case No. 10-cv-01913-MCE-GGH<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO SETTLEMENT**<br><br>Hon. Morrison England, Jr.<br><br>Magistrate Gregory Hollows |

Good cause having been shown in the Stipulation filed by Plaintiff Brendan O'Leary and Defendant Wells Fargo Bank N.A. (ECF No. 28.), IT IS HEREBY ORDERED that the case is dismissed with prejudice pursuant to settlement.

IT IS SO ORDERED.

Date:  February 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE